■ Frances R. Meccariello et al., Respondents, v All-state Insurance Company, Appellant. [775 NYS2d 649]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered May 9, 2003. The judgment granted plaintiffs' motion for a declaration that plaintiffs' notice of claim to defendant was timely.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Scudder, Gorski and Hayes, JJ.

■ The People of the State of New York, Respondent, v David Richardson, Appellant. [775 NYS2d 650]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered November 7, 2001. The judgment convicted defendant, upon his plea of guilty, of attempted rape in the first degree.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of attempted rape in the first degree (Penal Law §§ 110.00, 130.35 [1]). After the notice of appeal was filed, however, County Court vacated that judgment, and defendant thereafter pleaded guilty to sexual abuse in the first degree (§ 130.65 [1]) in satisfaction of the indictment. Defendant failed to appeal from that judgment of conviction (*see* CPL 460.10 [1] [a]). Because the judgment from which the appeal was taken was vacated, we dismiss the appeal therefrom. Present—Pigott, Jr., P.J., Pine, Scudder, Gorski and Hayes, JJ.